UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

Case No.   2:25-cv-06826-MEMF-SK                                          Date: September 9, 2025

Title    *Melvinee Valisa Fay Lee v. General Motors LLC et al*

---

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order Granting Motion to Remand [ECF No. 14]**

Plaintiff Melvinee Valisa Fay Lee ("Lee") filed suit in Los Angeles County Superior Court on March 5, 2025. *See* ECF No. 1-1. Defendant General Motors LLC ("GM") removed the action to this Court on July 25, 2025, on the ground that this Court has diversity jurisdiction. 28 U.S.C. § 1332(a). See ECF No. 1.

On August 15, 2025, Lee filed a Motion to Remand. ECF No. 14. This Court has ordered the parties to maintain familiarity with this Court's Standing Orders, ECF 8. Pursuant to this Court's Standing Orders, GM's Opposition was due fourteen (14) days later, Civil Standing Order § VIII(B). Despite this, GM filed an untimely Opposition on September 5, 2025. ECF 15.

Pursuant to Local Rule 7-12, this Court "may decline to consider any memorandum or other document not filed within the deadline set by order or local rule." In addition, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." C.D. Cal. L.R. 7-12.

The Court declines to consider GM's untimely opposition and grants the Motion as unopposed.

**Conclusion**

For the foregoing reasons, the Court ORDERS as follows:

   1.   The Motion is GRANTED; and

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-06826-MEMF-SK                                         Date: September 9, 2025

Title   *Melvinee Valisa Fay Lee v. General Motors LLC et al*

2.   The case is REMANDED to the Los Angeles County Superior Court.

IT IS SO ORDERED.

                                                                                              :
                                                                  **Initials of Preparer**   DBE